In the Matter of Proving the Alleged Last Will and Testament of KATIE PARDON, Late of the County of Queens, Deceased. ARTHUR PARDON, Appellant; BERTHA PARDON, Respondent.— Decree of the Surrogate's Court of Queens county denying probate of the last will and testament of Katie Pardon, deceased, unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.